THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEIGH-TON NELSON, Appellant.

Submitted July 10, 2006; decided August 29, 2006

Motion for assignment of counsel granted and Steven Banks, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.